NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of E.W., L.W., and M.W.,
children.

_____

GUARDIAN AD LITEM PROGRAM and
DEPARTMENT OF CHILDREN AND
FAMILIES,

          Appellants,

v.

K.W.,

          Appellee.

_____

Case No. 2D19-2125

Opinion filed November 6, 2019.

Appeal from the Circuit Court for Lee
County; Geoffrey H. Gentile, Judge.

Meredith K. Hall, Bradenton; and
Thomasina F. Moore, Statewide Director
of Appeals, and Sara Elizabeth Goldfarb,
Senior Attorney, Tallahassee, for
Appellants.

Barbara A. Cossu of Law Office of
Barbara A. Cossu, P.A., Fort Myers, for
Appellee.

PER CURIAM.

Affirmed.

LaROSE, BLACK, and BADALAMENTI, JJ., Concur.